

____ FILED          •____ RECEIVED
____ ENTERED          ____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 5 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:17-CR-272-JAD-(CWH) |
| Plaintiff, ) | |
| v. ) | Final Order of Forfeiture |
| ROSE MARIE DAVIS, ) | |
| Defendant. ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Rose Marie Davis to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Rose Marie Davis pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 21; Plea Agreement, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 23.

The in personam criminal forfeiture money judgment amount of $32,163.85 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

///

1   This Court finds the United States of America published the notice of forfeiture in

2   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

3   consecutively from November 29, 2017, through December 28, 2017, notifying all potential third

4   parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

5   This Court finds no petition was filed herein by or on behalf of any person or entity and

6   the time for filing such petitions and claims has expired.

7   This Court finds no petitions are pending with regard to the property named herein and

8   the time for presenting such petitions has expired.

9   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all

10  possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter

11  described is condemned, forfeited, and vested in the United States of America:

12      1.  the bank debit card of M.F.;

13      2.  the bank debit card of B.R.; and

14      3.  any and all fraudulent access devices including, but not limited to, at least credit

15          cards, debit cards, checks, and account numbers

16  (all of which constitutes property); and

17  that the United States recover from Rose Marie Davis the in personam criminal forfeiture

18  money judgment of $32,163.85, and that the property will not be applied toward the payment of

19  the money judgment; and

20  the forfeiture of the money judgment and the property is imposed pursuant to Fed. R.

21  Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code,

22  Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States

23  Code, Section 982(a)(2)(A); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United

24  States Code, Section 1029(c)(1)(C) and (c)(2); Title 21, United States Code, Section 853(p); and

25  Title 21, United States Code, Section 853(n)(7); that the money judgment shall be collected; and

26  that the property and the collected amount shall be disposed of according to law.

2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

2  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

3  as any income derived as a result of the United States of America's management of any property

4  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

5  according to law.

6    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

7  of this Order to all counsel of record and three certified copies to the United States Attorney's

8  Office, Attention Asset Forfeiture Unit.

9    DATED this 25th day of _____April_____, 2018.

12    UNITED STATES DISTRICT JUDGE

3