UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ROSE MARIE DAVIS,<br><br>Defendant-Appellant. | Case No. 2:17-cr-00272-JAD-CWH-1<br>Appeal Case No. 18-10171<br><br>ORDER APPOINTING COUNSEL |

Pursuant to the order filed on May 17, 2018, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant,

**IT IS HEREBY ORDERED** that Telia U. Williams is appointed to represent Rose Marie Davis for this appeal. Ms. Williams address is: 10161 Park Run Drive, Suite 150, Las Vegas, NV 89145 and her phone number is 702-835-6866.

Former counsel, the Federal Public Defender's Office is directed to forward the file to Ms. Williams forthwith.

The Clerk is directed to forward a copy of this order to the Clerk of the Ninth Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 25th day of May, 2018.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE